

September 5, 2025

<u>*Via ECF*</u>
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

      RE:    <u>**Aguilera v. Credit Control, LC et.al.**</u>
              (Case No. 1:25-cv-00658-RGA)

Dear Judge Andrews:

    Undersigned counsel represents Plaintiff in the above-captioned matter. This letter is submitted in response to the Court's September 2, 2025 Oral Order directing a status update regarding service on Defendants Credit Control, LLC and LVNV Funding, LLC (collectively, "Defendants").

    Plaintiff acknowledges that service was not completed within the 90-day period prescribed by the Federal Rules of Civil Procedure. This was due to an internal clerical error as summonses were not requested to be issued. On September 5, 2025, undersigned counsel emailed summonses to the Clerk's office for issuance and respectfully requests a 30-day extension of time for service upon the Defendants.

    Counsel is available at the convenience of the Court to address any questions or concerns.

                            Respectfully submitted,

                            */s/ Antranig Garibian*

                            ANTRANIG GARIBIAN

261 Old York Road, Unit 427, Jenkintown, PA 19046 • 18 East 41st Street, 6th Floor, New York, NY 10017
Brandywine Plaza East, 1523 Concord Pike, Suite 400, Wilmington, DE 19803
215.326.9179 • 302.722.6885 • ag@garibianlaw.com • www.garibianlaw.com